UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60590-MARTINEZ/BROWN

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>MICHAEL REILLY, M.D., )<br>)<br>) | |
| Plaintiffs, )<br>v. )<br>) | FILED UNDER SEAL |
| NORTH BROWARD HOSPITAL )<br>DISTRICT, et al. )<br>) | |
| Defendants. )<br>)<br>_____) | |

FILED BY _____ D.C.

SEP 0 8 2015

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## **STIPULATION OF DISMISSAL**

Relator Michael Reilly, M.D. ("Relator"), Defendant North Broward Hospital District, and the United States have entered into a Settlement Agreement. Pursuant to the Settlement Agreement, and pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), the Relator, the Defendant, and the United States stipulate and consent to the dismissal of this action: (a) with prejudice to the Relator for all claims; (b) with prejudice to the United States for the claims released by the United States in the parties' Settlement Agreement; and (c) without prejudice to the United States for any claims in this action that are not specifically released by the United States in the parties' Settlement Agreement.

Pursuant to 31 U.S.C. § 3730(b)(1), the Relator, the Defendant, and the United States respectfully request that the Court order that this action be dismissed pursuant to the terms of this Stipulation of Dismissal.

The parties also request that the Court lift the seal on the Relator's complaints, this Stipulation and on all pleadings filed in the future, but keep all other pleadings in this case under seal.

A proposed Order is attached as Exhibit 1.

Respectfully Submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

By: _____
MARK A. LAVINE
Fla. Bar No. 648876
mark.lavine@usdoj.gov
Assistant U.S. Attorney
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel. (561) 209-1043
Fax: (561) 805-9846
Attorneys for United States of America

By: _____
Bryan A. Vroon, Esq.
Bryanvroon@gmail.com
1766 West Paces Ferry Rd.
Atlanta, GA 30327
Phone: (404) 441-9806
Attorney for Relator Reilly

By: _____
Linda A. Baumann, Esq.
D. Jacques Smith
Linda.baumann@arentfox.com
Jacques.smith@arentfox.com
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Phone: (202) 857-6000
Attorneys for North Broward Hospital District

2