UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

Case Number: 10-60590-CIV-MARTINEZ-MCALILEY

UNITED STATES OF AMERICA, ex rel.,
MICHAEL REILLY, M.D.,

    Plaintiff,

vs.

NORTH BROWARD HOSPITAL DISTRICT
d/b/a BROWARD HEALTH, BROWARD
GENERAL MEDICAL CENTER, and JOHN
DOES 1-100,

    Defendants.
_____/

## SEALED ORDER

THIS MATTER is before the Court upon a Stipulation of Dismissal [ECF No. 72]. This Court having been informed of a settlement entered into among the Relator, the Defendants, and the United States, and the parties having filed a Stipulation of Dismissal, it is hereby:

**ORDERED AND ADJUDGED** that this action is dismissed: (a) with prejudice to the Relator for all claims; (b) with prejudice to the United States for the claims released by the United States in the parties' Settlement Agreement; and (c) without prejudice to the United States for any claim in this action that are not specifically released by the United States in the parties' Settlement Agreement. It is further

**ORDERED** that the seal shall be **LIFTED** immediately on the complaints filed by the

Relator in this action, the Stipulation of Dismissal and on all pleadings filed in the future, but all other pleadings in this case shall remain under seal.

    DONE AND ORDERED in Chambers at Miami, Florida, this __10__ day of September, 2015.

                              JOSE E. MARTINEZ
                              UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge McAliley
All Counsel of Record